Argued and submitted July 12,
remanded with instructions July 28, 1982

STATE OF OREGON,
*Respondent,*

*v.*

BRETT SORENSON,
*Appellant.*

(No. J81-1824, CA A23925)

648 P2d 417

J. Marvin Kuhn, Chief Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Robert E. Barton, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief was Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM

Defendant appeals from a judgment of conviction for the crime of burglary in the first degree. He was ordered to repay the county the cost of his court-appointed attorney. His sole assignment of error is the trial court's failure to afford him a hearing with respect to the amount of attorney fees. The state confesses error. *See State v. Stock,* 56 Or App 857, 643 P2d 877 (1982).

Remanded with instructions to hold a hearing to determine the amount and method of payment of attorney fees.